```
                                            U.S. DISTRICT COURT
                                             DISTRICT OF N.H.
                                                  FILED

                                            2005 JUL 15 P 1:20
```

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

    v.                                      Case No. 05-fp-259

Charles Hamilton, et al.

### O R D E R

Plaintiff must amend her Financial Affidavit to show the balance of her mortgage and the net equity in her real estate before the court may act on her *in forma pauperis* request.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: July 15, 2005

cc:  Josephine Amatucci, *pro se*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

# FINANCIAL DECLARATION

CASE # AND NAME: _JOSEPHINE ANATUCCI v. JUDGE ROBERT VACNCY, ETOL_ ~~JOSEPHINE ANATUCCI~~ _OFFICER CHARLES HAMILTON_

NAME: _JOSEPHINE ANATUCCI_    PHONE # _603-569-2429_

ADDRESS: _P.O. Box 272_    MARRIED:   YES [ ]    NO [X]

_WOLFEBORO FALLS, N.H. 03896_    NUMBER OF DEPENDENTS _N/A_

WARNING:  The information you provide in order to obtain court-appointed representation is subject to the following limitations:
  (1)  The attorney/client privilege may not apply;
  (2)  The information is subject to being filed with the Court for future examination by the United States Attorney;
  (3)  A false or dishonest answer could be punished as a crime; and
  (4)  The form must be signed under penalty of perjury.

## ASSETS

### I. INCOME
EMPLOYER'S NAME: _N/A_
  MONTHLY WAGES: Gross _1158 + 475_    Net _1633.00_ Social Sec
  WELFARE: _NO_    SOCIAL SECURITY (Amount Rec'd): ✓
  PENSION: _NO_    OTHER: ____
SPOUSE'S EMPLOYER: _WIDOW_
  MONTHLY WAGES: Gross _NO_    Net ____
  WELFARE: _NO_    SOCIAL SECURITY (Amount Rec'd): ____
  PENSION: ____    OTHER: ____

### II. PROPERTY

| REAL ESTATE | VALUE | MORTGAGE | NET |
|---|---|---|---|
| 1. HOME | $230,000 | $19.00 M. | |
| 2. OTHER | | | |
| 3. OTHER | | | |

| VEHICLES | VALUE | OWED | NET |
|---|---|---|---|
| 1. | | | |
| 2. _N/A_ | | | |
| 3. | | | |

### III. OTHER ASSETS
  1. CASH ON HAND _N/_    6. JEWELRY _N/_
  2. CHECKING ACCOUNT _N/_    7. STOCKS _N/_
  3. SAVINGS ACCOUNT _N/_    8. BONDS _N/_
  4. CREDIT UNION _N/_    9. OTHER _N/_
  5. ACCOUNTS RECEIVABLE _N/_

(COMPLETE REVERSE SIDE)