```
                                        U.S. DISTRICT COURT
                                         DISTRICT OF N.H.
                                              FILED

                                        2005 JUL 15  P 1:20
```

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

    v.                              Case No. 05-fp-259

Charles Hamilton, et al.


### O R D E R

Plaintiff must amend her Financial Affidavit to show the balance of her mortgage and the net equity in her real estate before the court may act on her *in forma pauperis* request.

**SO ORDERED.**

                                      /s/ James R. Muirhead
                                      James R. Muirhead
                                      United States Magistrate Judge

Date: July 15, 2005

cc:  Josephine Amatucci, *pro se*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

# FINANCIAL DECLARATION

CASE # AND NAME: _Josephine Anatucci v. Judge Robert Varney, et al_ / _Officer Charles Hamilton_

NAME: _Josephine Anatucci_   PHONE # _603-569-2429_

ADDRESS: _P.O. Box 272_   MARRIED: YES [ ]   NO [x]

_Wolfeboro Falls, N.H. 03896_   NUMBER OF DEPENDENTS _N/A_

WARNING:  The information you provide in order to obtain court-appointed representation is subject to the following limitations:
  (1) The attorney/client privilege may not apply;
  (2) The information is subject to being filed with the Court for future examination by the United States Attorney;
  (3) A false or dishonest answer could be punished as a crime; and
  (4) The form must be signed under penalty of perjury.

## ASSETS

### I. INCOME
EMPLOYER'S NAME: _N/A_
  MONTHLY WAGES: Gross _1158 + 475_   Net _1633.00_ Social Sec
  WELFARE: _NO_   SOCIAL SECURITY (Amount Rec'd): ✓
  PENSION: _NO_   OTHER: _____
SPOUSE'S EMPLOYER: _Widow_
  MONTHLY WAGES: Gross _NO_   Net _____
  WELFARE: _NO_   SOCIAL SECURITY (Amount Rec'd): _____
  PENSION: _____   OTHER: _____

### II. PROPERTY

| REAL ESTATE | VALUE | MORTGAGE | NET |
|---|---|---|---|
| 1. HOME | $230,000 | $19,000 M1 | |
| 2. OTHER | | | |
| 3. OTHER | | | |

| VEHICLES | VALUE | OWED | NET |
|---|---|---|---|
| 1. | | | |
| 2. _N/A_ | | | |
| 3. | | | |

### III. OTHER ASSETS
  1. CASH ON HAND  _N/_   6. JEWELRY  _N/_
  2. CHECKING ACCOUNT  _N/_   7. STOCKS  _NO_
  3. SAVINGS ACCOUNT  _N/_   8. BONDS  _NO_
  4. CREDIT UNION  _N/_   9. OTHER  _N/_
  5. ACCOUNTS RECEIVABLE  _N/_

(COMPLETE REVERSE SIDE)