```
                                          U.S. DISTRICT COURT
                                          DISTRICT OF N.H.
                                          FILED

                                          2005 JUL 18  P 1:40
```

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Josephine Amatucci

    v.                              Civil No. 05-fp-259

Charles Hamilton, et al.


**ORDER GRANTING REQUEST TO**
**PROCEED IN FORMA PAUPERIS**

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee. This case has been assigned number 05-cv-259-____.

**SO ORDERED.**

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        United States Magistrate Judge

Date:  July 18, 2005

cc:    Josephine Amatucci, *pro se*

Amatucci v. Hamilton et al                                                    Doc. 5