```
U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
```

2005 JUL 18 P 1:40

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

    v.                        Civil No. 05-fp-259

Charles Hamilton, et al.


ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee. This case has been assigned number 05-cv-259-___.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:  July 18, 2005

cc:    Josephine Amatucci, *pro se*