UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Josephine Amatucci

       v.                           Civil No. 05-cv-259-SM

Charles Hamilton, et al

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 20, 2006, no objection having been filed. All claims against defendants Davey, Varney, Black, the Town of Wolfeboro and the Wolfeboro Police Department are dismissed.

SO ORDERED.

March 7 , 2006

                                            Steven J. McAuliffe
                                            Chief Judge

cc:    Josephine Amatucci, pro se
       R. Matthew Cairns, Esq.
       Lisa Lee, Esq.