**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Josephine Amatucci

    v.                                                  Civil No. 05-cv-259-SM

Charles Hamilton, et al.

**O R D E R**

Defendants move to quash plaintiff's subpoena duces tecum and plaintiff moves to compel production of documents sought by the subpoena.

Discussion

The subpoena is defective on its face. It is not directed "TO" anyone. It does not call for production at any time or place. It is not signed by the "issuing party." No proof of service appears. Just as fatally, other than some conclusory statements, plaintiff has not demonstrated how any or all of defendants' personnel files are relevant. It is clear that the individual defendants do not have the logs, personnel records or internal affairs files.

The court recognizes that plaintiff is pro se but it cannot act as her advisor or lawyer.

The motion to quash (document no. 36) is granted. The

motion to compel (document no. 37) is denied.

**SO ORDERED.**

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date: June 13, 2006

cc:   R. Matthew Cairns, Esq.
      Lisa Lee, Esq.
      Josephine Amatucci, *pro se*