UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Josephine Amatucci</u>

    v.                                                   Civil No. 05-cv-259-SM

<u>Charles Hamilton, and</u>
<u>James O'Brien, in</u>
<u>their individual and</u>
<u>official capacities</u>

**O R D E R**

    Re: Plaintiff Motions' New Hampshire State Law Jurisdiction for Claims, Concurrently, with Federal Law Jurisdiction to Plead Her Case (Document No. 54)

Ruling: Denied. The motion is not clear as to the relief plaintiff seeks. The court earlier granted a motion by defendants seeking to preclude plaintiff's introduction of expert testimony, on grounds that plaintiff failed to make the requisite disclosures. This motion seems related to that decision, at least in part, but it is not clear how. The short of it is that to the extent plaintiff seeks reconsideration of the earlier order precluding her from introducing expert testimony the motion is denied as plaintiff offers no grounds warranting such relief. Otherwise, no ruling is required as plaintiff seems merely to be stating her position with respect to the law applicable to some of her claims.

_____
Steven J. McAuliffe
Chief Judge

January 3, 2007

cc: Josephine Amatucci
    R. Matthew Cairns, Esq.
    Lisa Lee, Esq.